# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO: WA:24-CR-00166(2)-ADA |
| | § | |
| (2) AALIYAH KELLY | § | |

## ORDER

     On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed March 11, 2025, wherein the defendant (2) AALIYAH KELLY waived appearance before this Court and appeared before United States Magistrate Judge Derek T. Gilliland for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (2) AALIYAH KELLY to the Report and Recommendation, the Court enters the following order:

     **IT IS THEREFORE ORDERED** that the defendant (2) AALIYAH KELLY's plea of guilty to Count One SS (1ss) is accepted.

     Signed this 25th day of March, 2025.

                                                              ALAN D ALBRIGHT
                                                               UNITED STATES DISTRICT JUDGE